IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-453-D

FRANK M. LOBACZ,                    )
                                    )
                Plaintiff,          )
                                    )
        v.                          )          **ORDER**
                                    )
UNITED STATES OF AMERICA, et al.,   )
                                    )
                Defendants.         )

On April 29, 2022, the United States filed a notice of suggestion of death and attached plaintiff's certification of death. See [D.E. 89]. No party sought to substitute within 90 days of service of the statement noting the death. Thus, the court DISMISSES the action. See Fed. R. Civ. P. 25(a)(1). The clerk SHALL close the case.

SO ORDERED. This 8 day of August, 2022.

JAMES C. DEVER III
United States District Judge